DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA CITIZENS' ALLIANCE, INC.,**
Appellant,

v.

**SCHOOL BOARD OF INDIAN RIVER COUNTY,**
Appellee.

No. 4D23-934

[August 17, 2023]

Appeal of a non-final order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 2022-CA-970.

Brantley Oakey of The Law Office of Brantley Oakey, Naples, for appellant.

Jeffrey D. Slanker, Mitchell J. Herring, and Matthew J. Carson of Sniffen & Spellman, P.A., Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***